HUNTON & WILLIAMS LLP
ROLAND M. JUAREZ (SBN 160793)
Email: rjuarez@hunton.com
550 S. Hope Street, Suite 2000
Los Angeles, California 90071
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

Attorneys for Defendant
NORTHROP GRUMMAN SYSTEMS CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH STINY, AN INDIVIDUAL<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NORTHROP GRUMMAN CORPORATION, A CORPORATION OF UNKNOWN ORIGIN; AND DOES 1-20, INCLUSIVE,<br><br>　　　　Defendants. | CASE NO.: 2:16-CV-8532<br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is 550 South Hope Street, Suite 2000, Los Angeles, California 90071.

On **November 16, 2016**, I served the foregoing documents described as:

1. **CIVIL COVER SHEET;**
2. **DEFENDANT NORTHROP GRUMMAN SYSTEMS CORPORATION'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1331, 1367, 1441, AND 1446 (FEDERAL QUESTION JURISDICTION);**
3. **DECLARATION OF MARILYN AJA;**
4. **DEFENDANT NORTHROP GRUMMAN SYSTEMS CORPORATION'S NOTICE OF RELATED CASES;**
5. **DEFENDANT NORTHROP GRUMMAN SYSTEMS CORPORATION'S NOTICE OF INTERESTED PARTIES; AND**
6. **CERTIFICATE OF SERVICE**

on the interested parties in this action as follows:

**ELIJAH STINY**
**6493 Bayberry Street**
**Oak Park, CA 91377**

☐ **By FAX:** by causing a true copy thereof to be sent via facsimile to the attorney(s) of record at the telecopier number(s) so indicated above and that the transmission was reported as completed and without error.

☒ **By MAIL:** by placing true and correct copy(ies) thereof in an envelope addressed to the attorney(s) of record, addressed as stated above.

☐ **By PERSONAL SERVICE:** I delivered the envelope by hand on the addressee, addressed as stated above.

☐ **By OVERNIGHT MAIL:** by overnight courier, I arranged for the above-referenced document(s) to be delivered to an authorized overnight courier service for delivery to the addressee(s) above, in an envelope or package designated by the overnight courier service with delivery fees paid or provided for.

☐ **By ELECTRONIC MAIL:** by causing a true and correct copy thereof to be transmitted electronically to the attorney(s) of record at the e-mail address(es) indicated above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 16, 2016, at Los Angeles, California.

/s/ Valerie Mitsunaga
Valerie Mitsunaga

CERTIFICATE OF SERVICE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Hunton & Williams LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071

CERTIFICATE OF SERVICE